New Horizon Surgical Center, L.L.C., as Assignee of Kelvyn Aguilar, Respondent,
against
Travelers Insurance, Appellant.




Law Offices of Aloy O. Ibuzor (Alla Peker of counsel), for appellant.
Law Offices of Stephen A. Strauss, P.C. (Colleen M. Terry of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Richmond County (Orlando Marrazzo, Jr., J.), entered September 22, 2016. The order, insofar as appealed from, denied the branch of defendant's motion seeking summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and the branch of defendant's motion seeking summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from so much of an order of the Civil Court as denied the branch of defendant's motion which had sought summary judgment dismissing the complaint on the ground that the action was premature because plaintiff had failed to provide requested verification.
For the reasons stated in New Horizon Surgical Ctr., L.L.C., as Assignee of Kelvyn Aguilar v Travelers Ins. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2016-2703 RI C], decided herewith), the order, insofar as appealed from, is reversed and the branch of defendant's motion seeking summary judgment dismissing the complaint is granted.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 08, 2019